1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LARRY ALTAMIRANO SERMENO,        No.  2:23-CV-2624-TLN-DMC

12            Plaintiff,

13       v.                       ORDER

14   ERICK FUCHS, et al.,

15            Defendants.

16

17         Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18 Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's first

19 amended complaint, and service thereof by the United States Marshal if appropriate, will be

20 addressed separately.  The Clerk of the Court shall not issue summons or set this matter for an

21 initial scheduling conference unless specifically directed by the court to do so.

22         Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23 Plaintiff is unable to prepay fees and costs or give security therefor.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1            Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to

2  proceed in forma pauperis, ECF No. 2, is granted.

3

4  Dated:  January 4, 2024

5

                                            DENNIS M. COTA

6                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28