IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO,<br><br>Plaintiff,<br><br>v.<br><br>ERICK FUCHS, et al.,<br><br>Defendants. | No. 2:23-CV-2624-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's request for the appointment of counsel. See ECF No. 3.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent plaintiffs in civil actions. See e.g. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

In the present case, the Court does not at this time find the required exceptional circumstances. Plaintiff's request for the appointment of counsel is contained at page 76 of his first amended complaint as part of his request for relief. See ECF No. 3, pg. 76. Plaintiff does not include with this request any showing of exceptional circumstances. Plaintiff's motion will

1

be denied without prejudice.  The sufficiency of Plaintiff's first amended complaint will be addressed by separate order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for the appointment of counsel, ECF No. 3, is denied without prejudice.

2. The Clerk of the Court is directed to terminate ECF No. 3 as a pending motion.

Dated:  September 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE